UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIYAYAMA YUICHI, an individual,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>MTC FINANCIAL INC., dba TRUSTEE CORPS, a California corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; and DOES 1-5, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-00206-MMD-CWH<br><br>ORDER |

On September 21, 2016, the Court granted Defendant's motion to dismiss and dismissed two claims with prejudice and one claim for unjust enrichment without prejudice with leave to amend. (ECF No. 26.) The Court warned Plaintiff that failure to amend the unjust enrichment claim within fifteen (15) days will result in dismissal of that claim with prejudice. To date, Plaintiff has not filed an amended complaint. Defendant has moved for entry of judgment. (ECF No. 27.)

It is therefore ordered that Defendant's motion for entry of judgment (ECF No. 27) is granted. Plaintiff's unjust enrichment claim is dismissed with prejudice.

The Clerk is directed to enter judgment in favor of Defendant on Plaintiff's claims.

DATED THIS 4th day of April 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE